IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARNER ERVIN BATTY,** : | Civil No. 1:23-cv-0322 |
| : | |
| Petitioner, : | |
| : | (Judge Sylvia H. Rambo) |
| v. : | |
| : | |
| **BOBBI JO SALAMON, et al.,** : | |
| : | |
| Respondents. : | |

## O R D E R

Before the court is the report and recommendation of Magistrate Judge Bloom (Doc. 14) recommending that the court deny Petitioner Warner Batty's petition for writ of habeas corpus. The petitioner has not filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Magistrate Judge Bloom's analysis is well-reasoned and fully supported by the record and applicable law. Accordingly, **IT IS ORDERED** as follows:

1) The report and recommendation (Doc. 14) is **ADOPTED**.

2) The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3) The Clerk of Court is directed to close this case.

4) The court declines to issue a certificate of appealability, as the petitioner has failed to demonstrate a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Buck v. Davis*, 137 S.Ct. 759, 773-75 (2017); *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

S/Sylvia H. Rambo  
SYLVIA H. RAMBO  
United States District Judge

Dated: November 16, 2023